## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00913-NYW-KAS

LALENDRA SAH KUMAR,

     Petitioner,

v.

TODD M. LYONS, Acting Director, ICE,
GEORGE VALDEZ, Field Office Director, Denver, and
JUAN BALTAZAR, Warden,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on May 27, 2026 [Doc. 33], it is

ORDERED that in light of the Parties' recent filings, [Doc. 30; Doc. 31], the Court concludes that it lacks jurisdiction over any remaining live issues in this case. It is

FURTHER ORDERED that because the Court has granted Petitioner's statutory claim and Petitioner has received the relief to which he is entitled, see [Doc. 29 at 11-12], Petitioner's remaining claims are DENIED without prejudice as moot. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Petitioner and against Respondents. It is

FURTHER ORDERED that Petitioner shall have his costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that this case is terminated.

Dated at Denver, Colorado this 29th day of May, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk